PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name QUEZADA            JUAN            C
     (Last)              (First)      (Initial)

Prisoner Number V-54555

Institutional Address C.S.P P.O.Box 3481, CORCORAN CA, 93212 (4B·3L·14L)

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

QUEZADA JUAN CARLOS
(Enter the full name of plaintiff in this action.)

vs.

DERRYAL G. ADAMS

(Enter the full name of respondent(s) or jailor in this action)

Case No. CV 08 2421 PJH (PR)
(To be provided by the clerk of court)

PETITION FOR A WRIT OF HABEAS CORPUS

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

1  Who to Name as Respondent

2      You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.

6      If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11      1. What sentence are you challenging in this petition?

12          (a)    Name and location of court that imposed sentence (for example; Alameda
13                  County Superior Court, Oakland):

14               SANTA CLARA COUNTY        SAN JOSE
15               Court                             Location

16          (b)    Case number, if known H-028229 - S-149027 · CC-458911
17          (c)    Date and terms of sentence 10-18-2004 / 10 YEARS (12022.53) 2 YEARS
                                                                       (664/211-212.5)
18          (d)    Are you now in custody serving this term? (Custody means being in jail, on
19                  parole or probation, etc.)       Yes _X_   No ____
20                  Where?
21                  Name of Institution: C.S.P CORCORAN
22                  Address: CORCORAN CA, 93212 / C.S.P PO BOX 3486

23      2. For what crime were you given this sentence? (If your petition challenges a sentence for
24  more than one crime, list each crime separately using Penal Code numbers if known. If you are
25  challenging more than one sentence, you should file a different petition for each sentence.)

26  _____
27  _____
28  _____

PET. FOR WRIT OF HAB. CORPUS        - 2 -

3. Did you have any of the following?

    Arraignment:      Yes **X**    No ____

    Preliminary Hearing:      Yes **X**    No ____

    Motion to Suppress:      Yes **X**    No ____

4. How did you plead?

    Guilty ____    Not Guilty **X**    Nolo Contendere ____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury **X**    Judge alone ____    Judge alone on a transcript ____

6. Did you testify at your trial?      Yes **X**    No ____

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment      Yes **X**    No ____

    (b)    Preliminary hearing      Yes **X**    No ____

    (c)    Time of plea      Yes **X**    No ____

    (d)    Trial      Yes **X**    No ____

    (e)    Sentencing      Yes **X**    No ____

    (f)    Appeal      Yes **X**    No ____

    (g)    Other post-conviction proceeding      Yes **X**    No ____

8. Did you appeal your conviction?      Yes **X**    No ____

    (a)    If you did, to what court(s) did you appeal?

    Court of Appeal      Yes **X**    No ____

    Year: **2005**    Result: **DENIED**

    Supreme Court of California      Yes **X**    No ____

    Year: **2006**    Result: **DENIED**

    Any other court      Yes ____    No **X**

    Year: _____    Result: _____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS      - 3 -

|     |     |                                                                                                   |
|-----|-----|---------------------------------------------------------------------------------------------------|
| 1   |     | petition?                         Yes  X    No____                                                |
| 2   | (c) | Was there an opinion?             Yes ____  No____                                                |
| 3   | (d) | Did you seek permission to file a late appeal under Rule 31(a)?                                   |
| 4   |     |                                   Yes ____  No____                                                |
| 5   |     | If you did, give the name of the court and the result:                                            |

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?         Yes ____   No  X

   [Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

   (a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

   I.  Name of Court: _____

       Type of Proceeding: _____

       Grounds raised (Be brief but specific):

       a. _____

       b. _____

       c. _____

       d. _____

       Result: _____ Date of Result: _____

   II. Name of Court: _____

       Type of Proceeding: _____

       Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS        - 4 -

        a. _____

        b. _____

        c. _____

        d. _____

        Result: _____ Date of Result: _____

III.    Name of Court: _____

        Type of Proceeding: _____

        Grounds raised (Be brief but specific):

        a. _____

        b. _____

        c. _____

        d. _____

        Result: _____ Date of Result: _____

IV.    Name of Court: _____

        Type of Proceeding: _____

        Grounds raised (Be brief but specific):

        a. _____

        b. _____

        c. _____

        d. _____

        Result: _____ Date of Result: _____

(b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

        Yes \_\_\_\_  No \_\_\_\_

    Name and location of court: _____

B. GROUNDS FOR RELIEF

    State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS    - 5 -

1  need more space. Answer the same questions for each claim.

2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  Claim One: IDENTIFICATION EVIDENCE OBTAINED FROM UNDULY

6  SUGGESTIVE PROCEDURE VIOLATES ESTABLISHED CASE LAW AND MY RIGHTS TO DUE PROCESS.

7  Supporting Facts (CF PEOPLE (VS) NGUYEN) 1994 23 CAL. APP. 4TH 32 AT pp 38·39 SEE ALSO

8  (PEOPLE (VS) MARTINEZ) (1989) 207 CAL APP. 3d 1204, 1219,) THE OFFICERS SHOWED THE

9  VICTIM ONLY MY PICTURES AND KNOW ONE ELSES AND FOR THAT FACT

10 BY AN OFFICER AND ON A POLICE CRUISER! THIS IS VIOLATION OF MY DUE PROCESS RIGHTS

11 Claim Two: THE PROSECUTION COMMITTED MISCONDUCT BY "VOUCHING FOR THE

12 CREDIBILITY OF THE KEY PROSECUTION WITNESS. SHE PLACED HER OWN REPUTATION AND LICENSE OF HER OFFICE!

13 Supporting Facts: (US V WEATHERSPOON (9TH CIR 2005) 410 F.3d 1142, 1146; SEE ALSO US V COMBS

14 (9TH CIR. 2004) 379 F.3d 564, 574-576; PEOPLE V FRYE, SUPRA, 18 CAL. 4TH AT P. 971, CITING PEOPLE

15 V. SULLY (1991) 53 CAL. 3d 1195, 1235; PEOPLE V ANDERSON (1990) 52 CAL. 3d 453, 479.

16 THIS VIOLATED MY RIGHT TO DUE PROCESS OF LAW, AND CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES.

17 Claim Three: IDENTIFICATION EVIDENCE OF VICTIM) HE STATED AT THE TIME

18 OF ALLEGED CRIME THAT THE (ASSALANT/SUSPECT) WAS ASIAN 5 FEET 6 INCHES TALL AND ABOUT 160 LBS

19 Supporting Facts: (SUPPORTING FACTS) IS THAT IN FACT AT THE TIME

20 I WAS APPROXIMATELY 260 LBS AND I AM 5 FEET 11 INCHES

21 AND MY NATIONAL ORIGEN IS HISPANIC/LATINO I AM FROM

22 (CENTRAL AMERICAS - EL SALVADOR) AND NOT EVEN CLOSE TO ASIAN OR STATURE

23 If any of these grounds was not previously presented to any other court, state briefly which OF MR. NGO STATEMENT

24 grounds were not presented and why:

25 THE LAST SUPPORTING FACT WAS NOT PRESENTED BY MY APPEAL LAWYER

26 I DON'T KNOW WHY BUT I BELIEVE THIS IS AS WELL A BIG

27 FACT IN MY CASE OF WRONGFULL CONVICTION BY SANTA

28 CLARA COUNTY!

PET. FOR WRIT OF HAB. CORPUS         - 6 -

# TABLE OF AUTHORITIES

                                                                    **Page(s)**

*Darden v. Wainwright* (1986) 477 U.S. 168                           2,28

*Donnelly v. DeChristoforo* (1974) 416 U.S. 637                      2,28

*Foster v. California* (1969) 394 U.S. 440                           17

*Gilbert v. California* (1967) 388 U.S. 263                          21

*Manson v. Brathwaite* (1977) 432 U.S. 98             1,12,21,22,23,25,26,27

*Neil v. Biggers* (1972) 409 U.S. 188                                21

*Simmons v. United States* (1968) 390 U.S. 377                       1,24

*Stovall v. Denno* (1967) 388 U.S. 293, 302                          17

*Strickland v. Washington* (1984) 466 U.S. 668                       2,26,27

*U.S. v. Combs* (9th Cir. 2004) 379 F.3d 564                         4,29,30,31

*United States v. Kerr* (9th Cir. 1992) 981 F.2d 1050                30

*United States v. McKoy* (9th Cir. 1985) 771 F.2d 1207               30

*United States v. Necoechea* (9th Cir. 1993) 986 F.2d 1273           30

*United States v. Roberts* (9th Cir. 1980) 618 F.2d 530              28

*United States v. Wade* (1967) 388 U.S. 218                          21,23,27

*U.S. v. Weatherspoon* (9th Cir. 2005) 410 F.3d 1142                 4,29,30,31,32

*United States v. Young* (1985) 470 U.S. 1, 18-19                    31

**CALIFORNIA CASES**

*In re Carlos M.* (1990) 220 Cal. App. 3d 372                        17,18.24

*In re Jones* (1996) 13 Cal.4th 552                                  2,26

*People v. Anderson* (1990) 52 Cal. 3d 453                           4,28

*People v. Contreras* (1993) 17 Cal.App.4th 813                      1,4,17,18,24

*People v. Frye* (2004) 18 Cal.4th 894                               2,4,27,28

*People v. Gordon* (1990) 50 Cal.3d 1223, 1242                       12,23

*People v. Greene* (1973) 34 Cal.App.3d 622                          19,22,25

*People v. Hill* (1998) 17 Cal. 4th 800                              2,17,28

*People v. Kennedy* (2005) 36 Cal.4th 595                            1,21

# TABLE OF AUTHORITIES, CONT'D

## CALIFORNIA CASES, CONT'D

| | |
|---|---|
| *People v. Martinez* (1989) 207 Cal.App.3d 1204 | 3,19 |
| *People v. McDonald* (1984) 37 Cal.3d 351 | 22 |
| *People v. Nation* (1980) 26 Cal.3d 169 | 23,24,27 |
| *People v. Nguyen* (1994) 23 Cal.App.4th 32 | 3,12,19,25 |
| *People v. Ochoa* (1998) 19 Cal.4th 353 | 21 |
| *People v. Sully* (1991) 53 Cal. 3d 1195 | 4,28 |
| *People v. Yeoman* (2003) 31 Cal.4th 93 | 26 |
| *Rose v. Superior Court* (2000) 81 Cal.App.4th 564 | 22 |

## FEDERAL STATUTES

| | |
|---|---|
| **U.S. Const.,** Amend. V | 1,2,12,23,28 |
| Amend. VI | 1,2,12,23,26,27,28 |
| Amend. XIV | 1,2,12,23,27,28 |

## CALIFORNIA STATUTES

| | |
|---|---|
| **Cal. Const.,** art. I, section 7 | 2,26,27,28 |
| art. I, section 15 | 2,26,27,28 |
| **Penal Code** section 211 | 6 |
| section 212.5 | 6 |
| section 664 | 6 |
| section 12022.53 | 6 |

|   |   |
|---|---|
| 1 | List, by name and citation only, any cases that you think are close factually to yours so that they |
| 2 | are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning |
| 3 | of these cases: |
| 4 | ATTACHED I HAVE SUBMITTED A TABLE OF AUTHORITIES |
| 5 | = THANK YOU = |

7  Do you have an attorney for this petition?          Yes____   No _X_
8  If you do, give the name and address of your attorney:

10   WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11   this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

13   Executed on ___5-4-8___                    _____
14              Date                              Signature of Petitioner

20   (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS        - 7 -

QUEZADA JUAN V-54555
C.S.P CORCORAN
P.O Box 3481
CORCORAN CA, 93212
4B-3L-14L

**LEGAL MAIL**

CORCORAN STATE PRISON

Pro Se

OFFICE OF THE CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

