FILED
08 MAY 12 AM 10:31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-FILING

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08   2421   (PR)

CC 438911

_____ )
                               )
              Plaintiff,       )   CASE NO. H028229 / S.149027
                               )
     vs.                       )   PRISONER'S
                               )   APPLICATION TO PROCEED
                               )   IN FORMA PAUPERIS
                               )
              Defendant.       )
_____ )

I, **QUEZADA JUAN**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes ___   No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 1 -

1  and wages per month which you received.  (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  __ROYALITE MANUFACTURING: MONTH - 1700# FOR A YEAR__
4  __I WORKED THERE AS OF 7·8·3_____
5  _____

6  2.      Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8       a.   Business, Profession or              Yes ___ No _X_
9            self employment
10      b.   Income from stocks, bonds,           Yes ___ No _X_
11           or royalties?
12      c.   Rent payments?                       Yes ___ No _X_
13      d.   Pensions, annuities, or              Yes ___ No _X_
14           life insurance payments?
15      e.   Federal or State welfare payments,   Yes ___ No _X_
16           Social Security or other govern-
17           ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.      Are you married?                      Yes ___ No _X_
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____  Net $_____
27  4.      a.   List amount you contribute to your spouse's support : $ _____
28          b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?         Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?                    Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No _X_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

_____

8. What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

1  I STILL OWE OVER $1900 TO "SANTA CLARA COUNTY"

2  _____

3  10.    Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                                    Yes ___ No X
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.

7  _____

8  _____

9         I consent to prison officials withdrawing from my trust account and paying to the court the
10 initial partial filing fee and all installment payments required by the court.
11        I declare under the penalty of perjury that the foregoing is true and correct and understand
12 that a false statement herein may result in the dismissal of my claims.

13
14  4.9.8                                    /s/
15        DATE                               SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No. _____          - 4 -

**Case Number:** _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at

[prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                              _____

[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                           REPORT DATE: 03/04/08
                                                  PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF. STATE PRISON CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JAN. 01, 2008 THRU MAR. 04, 2008

ACCOUNT NUMBER : V54555              BED/CELL NUMBER: 4B3L0000000014R
ACCOUNT NAME   : QUEZADA, JUAN CARLOS      ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                            TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -------------  ---------  ---------  --------   -----------   -------

01/01/2008   BEGINNING BALANCE                                                0.00

02/04*DD34  EFT DEPOSIT O  2801251176             45.00                     45.00
02/05 FC07  DRAW-FAC 7     2835/4B1DR                           25.00       20.00
02/08 D320  TRUST FUNDS T  2889/WSP                1.30                     21.30
03/03*DD34  EFT DEPOSIT O  3162263424             45.00                     66.30


                          CURRENT HOLDS IN EFFECT
   DATE      HOLD
  PLACED     CODE       DESCRIPTION           COMMENT      HOLD AMOUNT
 --------    ----    ---------------------  ----------    -----------
 02/25/2008  H107    POSTAGE HOLD            3074 FED-X         22.76


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/18/04                   CASE NUMBER: CC438911
COUNTY CODE: SCL                           FINE AMOUNT: $   2,400.00

   DATE     TRANS.    DESCRIPTION               TRANS. AMT.    BALANCE
 --------   ------   ----------------------    -----------   ----------

01/01/2008  BEGINNING BALANCE                                   2,143.00

02/04/08    DR34     REST DED-EFT DEPOSIT         50.00-        2,093.00
03/03/08    DR34     REST DED-EFT DEPOSIT         50.00-        2,043.00

       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL       TOTAL       CURRENT      HOLDS      TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS   BALANCE     BALANCE     TO BE POSTED
 ---------   --------   -----------  ---------   ---------   --------------
     0.00      91.30        25.00        66.30       22.76           0.00


                                                            CURRENT
                                                           AVAILABLE
```

```
          BALANCE
          ---------------
               43.54
          ---------------
          ---------------
```