CV-08-2421 PJH

E-filing **FILED**

MAY 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5.4.8

TO: WHOM IT MAY CONCERN.

AS YOU CAN SEE EVERYTHING IS COMPLETE TO THE BEST OF MY CAPABILITY. "BUT" PLEASE DO NOTE THAT THE TRUST ACCOUNT OFFICE HERE IN CORCORAN STATE PRISON FAILED TO MEET MY NEEDS AS AN INMATE IN A TIMELY FASHION. I ASKED FOR ALL SAID ENLISTED REQUIREMENTS "PER" PAUPERIS FORM ON SAID DATE OF 4.9.8 WITH NO AVAIL! I HAVE BEEN WAITING PATIENTLY BUT I YET TO RECIEVE REQUESTS IN FULL. NOW I HAVE BEEN INSTRUCTED BY MY MOST CURRENT ATTORNEY THAT LAST REPRESENTED ME TO SUBMIT ALL OF MY FORMS AS I HAVE WITH THIS SHORT LETTER. MY MOST RECENT TRUST ACCOUNT STATEMENT IS ALSO ATTACHED. IF YOU CAN PLEASE DO CALL THIS PRISON AND SEE FOR YOUR SELVES THAT I CURRENTLY DO HAVE A COMPLAINT FILED AGAINST THIS PRISON FOR FAILING TO MEET MY NEEDS! AS WELL BE ADVISED THAT AS SOON AS I RECIEVE TRUST ACCOUNT OFFICE REQUESTS I WILL SEND DIRECTLY TO YOUR OFFICES. I AM SENDING THIS FOR I KNOW I HAVE A DEADLINE OF 5.8.8

THANK YOU VERY MUCH

V-54555