```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020043
Cashier ID: bucklem
Transaction Date: 06/09/2008
Payer Name: juan c quezada
------------------------------------
WRIT OF HABEAS CORPUS
 For: juan c quezada
 Case/Party: D-CAN-3-08-CV-002421-001
 Amount:         $5.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 57645005055
 Amt Tendered:   $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

pjh


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```