E-filing

**FILED**
JUN 09 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5.1.8

IN REGARDS TO MY PAUPERS APPLICATION ON 5.6.8 BUT THAT WAS FILED BY THE COURTS ON 5.12.8 (CV.08.2421) PJH (PR) IN CLOSED IS MY MOST CURRENT TRUST ACCOUNT TRANSACTION RECIEPT ILLUSTRATING HOW MUCH I OWE TO THE RESTITUTION OF SANTA CLARA COUNTY AND MORE IMPORTANTLY WHAT MY CURRENT BALANCE IS AT THIS TIME. AS WELL AS A $5.00 MONEY ORDER THAT WILL BE LEFT BLANK FOR YOUR OFFICE TO FILL OUT. NOW ON THE OTHER HAND I WAS SENT BY YOUR OFFICE A NOTICE THAT MY ORIGINAL PAUPERS FORM WAS INCOMPLETE BECAUSE I DID NOT SUBMIT A CERTIFICATE OF FUNDS NOR A PRISONERS STATEMENT FOR THE LAST 6# MONTHS I FULLY UNDERSTAND THESE REQUESTS THAT HAVE BEEN STIPULATED BY THE COURTS BUT AS YOU PROBABLY ALREADY CAN GUESS I AS AN INMATE HAVE NO CONTROL OVER HOW LONG OR HOW THE TRUST ACCOUNT OFFICE DOES THERE TRANSACTIONS HERE AT CORCORAN STATE PRISON! I HAVE SUBMITTED TO THEM ON 4.9.8 AND 5-1.8 MY REQUESTS THAT YOUR OFFICE HAS ASKED OF ME TO NO AVAIL, THIS IS BEYOND MY CONTROL AND WISH THEY WOULD GET THERE ACT IN GEAR BUT I CAN ONLY DO SO MUCH AS A PRISONER. BE ADVISED THAT I SENT YOU WITH THE ORIGINAL PAUPERS FORM A TRANSACTION RECIEPT FROM JAN 1.08 (TO) MARCH 28.8 AND NOW THIS ONE THAT IS UP TO DATE — THANK-YOU

```
REPORT ID: TS3030  .701                          REPORT DATE: 05/27/08
                                                 PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                      CALIF. STATE PRISON CORCORAN
                      INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: MAY  27, 2008 THRU MAY 27, 2008

ACCOUNT NUMBER : V54555             BED/CELL NUMBER: 4B3L0000000014R
ACCOUNT NAME   : QUEZADA, JUAN CARLOS    ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                        TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE  DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----- ----  -------------- --------- --------- ---------- ----------- ---------

05/27/2008  BEGINNING BALANCE                                            6.74

05/27 *DD34 EFT DEPOSIT O 4586306491             9.00                   15.74


                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/18/04              CASE NUMBER: CC438911
COUNTY CODE: SCL                      FINE AMOUNT: $   2,400.00

  DATE      TRANS.   DESCRIPTION                TRANS. AMT.    BALANCE
--------    ------   ------------------------   -----------   ----------

05/27/2008   BEGINNING BALANCE                                  2,033.00

05/27/08    DR34     REST DED-EFT DEPOSIT          10.00-       2,023.00

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *



                         TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL         TOTAL        CURRENT      HOLDS      TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS     BALANCE     BALANCE     TO BE POSTED
---------    ---------    -----------    ---------   ---------   -------------
  6.74         9.00          0.00          15.74       0.00          0.00


                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                     -----------
                                                        15.74
                                                     -----------
```



QUESADA JUAN V-54555
C.S.P PO. BOX 3481
CORCORAN CA, 93212
4B-3L-14L

37.85

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES