UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN CARLOS QUEZADA,

         Petitioner,

  vs.

DERRYAL G. ADAMS, Warden,

         Respondent.

                                          /

No. C 08-2421 PJH (PR)

**ORDER TO SHOW CAUSE**

Petitioner, a California prisoner currently incarcerated at Corcoran State Prison, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the filing fee.

Venue is proper because the conviction was obtained in Santa Clara County, which is in this district. *See* 28 U.S.C. § 2241(d).

**BACKGROUND**

A Santa Clara County jury convicted petitioner of attempted robbery with personal use of a handgun. He was sentenced to prison for twelve years. The California Court of Appeal affirmed on direct appeal and the California Supreme Court denied review.

**DISCUSSION**

**A.     Standard of Review**

This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); *Rose v. Hodges*, 423 U.S. 19, 21 (1975). Habeas corpus petitions must meet heightened pleading requirements. *McFarland v. Scott,* 512 U.S. 849, 856 (1994). An

application for a federal writ of habeas corpus filed by a prisoner who is in state custody pursuant to a judgment of a state court must "specify all the grounds for relief which are available to the petitioner ... and shall set forth in summary form the facts supporting each of the grounds thus specified." Rule 2(c) of the Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254. "'[N]otice' pleading is not sufficient, for the petition is expected to state facts that point to a 'real possibility of constitutional error.'" Rule 4 Advisory Committee Notes (quoting *Aubut v. Maine*, 431 F.2d 688, 689 (1st Cir. 1970). "Habeas petitions which appear on their face to be legally insufficient are subject to summary dismissal." *Calderon v. United States Dist. Court (Nicolaus)*, 98 F.3d 1102, 1108 (9th Cir. 1996) (Schroeder, J., concurring).

**B.    Legal Claims**

As grounds for federal habeas relief, petitioner asserts that: (1) His due process rights were violated by the use of unduly suggestive identification procedures; and (2) the prosecution committed misconduct and violated his due process rights by vouching for a witness.

Petitioner also lists a third claim, which he sets out as "(Identification evidence of victim) He stated at the time of alleged crime that the (assailant/suspect) was Asian 5 feet 6 inches tall and about 160 lbs." In the supporting facts section for this claim he says: "(Supporting facts) is that in fact at the time I was approximately 260 lbs and I am 5 feet 11 inches and my national origin is Hispanic/Latino[.] I am from (Central America - El Salvador) and not even close to Asian or stature of Mr. Ngo['s] statement." He concedes that this issue was not raised on appeal, and he does not claim to have filed any other state proceedings, such as state habeas petitions.

In this third issue petitioner does not claim that a federal right was violated, and the facts pleaded do not suggest a federal violation. The issue amounts to a contention that the identification of him was not believable, which at most would be a state law claim, if that. Plaintiff thus has failed to state a federal claim for relief in this issue and it must be dismissed. *See Estelle v. McGuire*, 502 U.S. 62, 67-68 (1991) (federal habeas

2

unavailable for violations of state law or for alleged error in the interpretation or application of state law). The other two issues are sufficient to require a response.

## CONCLUSION

1. Petitioner's third issue is **DISMISSED**.

2. The clerk shall serve by regular mail a copy of this order and the petition on respondent and the Attorney General of the State of California.

3. Respondent shall file with the court and serve on petitioner, within sixty days of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within thirty days of his receipt of the answer.

4. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If respondent files such a motion, petitioner shall file with the court and serve on respondent an opposition or statement of non-opposition within thirty days of receipt of the motion, and respondent shall file with the court and serve on petitioner a reply within fifteen days of receipt of any opposition.

5. Petitioner is reminded that all communications with the court must be served on respondent by mailing a true copy of the document to respondent's counsel. Petitioner must keep the court informed of any change of address and must comply with the court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: June 17, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.08\QUEZADA2421.OSC.wpd

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUAN CARLOS QUEZADA,

        Petitioner,

  v.

DERRYAL G. ADAMS,

        Respondent.
                                        /

Case Number: CV08-02421 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan Carlos Quezada V-54555
CSP
4B-3L-14L
P.O. Box 3481
Corcoran, CA 93212

Dated: June 17, 2008

                            Richard W. Wieking, Clerk
                            By: Nichole Heuerman, Deputy Clerk

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — JUN 17 2008

(DOCS 1+7)
08-2421 PJH (OSC)

7006 0810 0001 9709 3337

Sent To: Warden: Derral G. Adams - OSP Corcoran
Street, Apt. No.; or PO Box No.: P.O. BOX 8800
City, State, ZIP+4: Corcoran, CA 93212-8309

PS Form 3800, June 2002          See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — JUN 1 2008

(DOCS 1+7)

Sent To: State Attorney General's Office
Street, Apt. No.; or PO Box No.: 455 Golden Gate Avenue, Suite 11000
City, State, ZIP+4: San Francisco, CA 94102

08-2421 PJH (OSC)

PS Form 3800, June 2002    See Reverse for Instructions

7004 0810 0001 5704 3320

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery 6-18-08 |
| 1. Article Addressed to:<br><br>**State Attorney General's Office**<br>**455 Golden Gate Avenue, Suite 11000**<br>**San Francisco, CA  94102** | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from | 7006 0810 0001 9709 3320 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Warden: Derral G. Adams
CSP- Corcoran
P.O. Box 8800
Corcoran, CA 93212-8309

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Jeppy Depe                        6/9/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0810 0001 9709 3337

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540