EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JULIET B. HALEY, State Bar No. 162823
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5960
 Fax:  (415) 703-1234
 Email:  Juliet.Haley@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**JUAN CARLOS QUEZADA,**

                     Petitioner,

    v.

**DERRYAL G. ADAMS, Warden,**

                     Respondent.

C 08-2421 PJH (PR)

**APPLICATION FOR ENLARGEMENT OF TIME**

Pursuant to Civil L.R. 7-8 and 7-11, respondent requests a 30-day enlargement of time, to and including September 18, 2008, within which to file an answer to the petition for writ of habeas corpus and provide the relevant state record, as required by the Court's Order to Show Cause. The application is based on the file in this case and the attached declaration of Juliet B. Haley. Respondent has not made any previous request.

///

///

///

Application For Enlargement Of Time - *Quezada v. Adams* - C 08-2421 PJH (PR)

1

1   Dated: August 13, 2008

2   Respectfully submitted,

3   EDMUND G. BROWN JR.
    Attorney General of the State of California

4   DANE R. GILLETTE
    Chief Assistant Attorney General

5   GERALD A. ENGLER
    Senior Assistant Attorney General

6

7   PEGGY S. RUFFRA
    Supervising Deputy Attorney General

8

9   /s/ Juliet B. Haley

10

11  JULIET B. HALEY
    Deputy Attorney General
    Attorneys for Respondent

12  JBH:jw

13  20131613.wpd
    SF2008200098

14

Application For Enlargement Of Time - *Quezada v. Adams* - C 08-2421 PJH (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Juan Carlos Quezada v. Derryal G. Adams, Warden**

No.: **C 08-2421 PJH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 13, 2008</u>, I served the attached

**APPLICATION FOR ENLARGEMENT OF TIME;**

**DECLARATION OF JULIET HALEY IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME;**

**[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Juan Carlos Quezada**
**V-54555**
**CSP**
**4B-3L-14L**
**P.O. Box 3481**
**Corcoran, CA 93212**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 13, 2008, at San Francisco, California.

J. Wong
Declarant

Signature

20131617.wpd

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JULIET B. HALEY, State Bar No. 162823
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5960
    Fax:  (415) 703-1234
8   Email:  Juliet.Haley@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14
   | | |
   |---|---|
   | **JUAN CARLOS QUEZADA,** | C 08-2421 PJH (PR) |
   | Petitioner, | **DECLARATION OF JULIET HALEY IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME** |
   | v. | |
   | **DERRYAL G. ADAMS, Warden,** | |
   | Respondent. | |

20     I am the California Deputy Attorney General assigned to handle the above-captioned case.

21  Respondent's Answer is due August 18, 2008.  I have not previously requested any enlargements

22  of time in this case.

23     I request an additional 30 days to file a Answer for the following reason: I was not the

24  attorney who handled this case in state court.  In the last thirty days since I was assigned this case

25  I have had to work on other previously assigned cases.  When I turned my attention to this matter

26  I discovered that the state court record was not in storage.  In order to respond to the instant federal

27  habeas petition, and to comply with Habeas Rule 5, I need to have the complete record of state court

28  proceedings.  The attorney who handled this matter in state court is attempting to locate the state

1  court record. If she is unable to find it I will have to request a copy from the state appellate court.
2  In my experience this process takes several weeks. Until I have a copy of the record I can not
3  respond to the claims in the petition.
4          For the above-state reasons, I respectfully request that the Court grant Respondent thirty
5  days (30), to and including September 18, 2008, in which to file an Respondent's Answer.
6          I declare under penalty of perjury that the foregoing is true and correct.
7          Executed this 13 of August, 2008, in San Francisco.
8
9                              /s/ Juliet B. Haley
                               _____
10
                               JULIET B. HALEY
11                             Deputy Attorney General
                               Attorney for Respondent
12
13
   20131615.wpd
14 SF2008200098

Declaration Of Juliet Haley In Support Of Application For Enlargement Of Time  - *Quezada v. Adams*
C 08-2421 PJH (PR)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JUAN CARLOS QUEZADA,** | C 08-2421 PJH (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **DERRYAL G. ADAMS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, the time for filing an answer to the petition for writ of habeas corpus is extended to and including September 18, 2008.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court within thirty days of his receipt of the answer.

Dated: _____    _____
The Honorable Phyllis J. Hamilton

[Proposed] Order - *Quezada v. Adams* - Case No. C 08-2421 PJH (PR)

1