IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JUAN CARLOS QUEZADA,**<br><br>  Petitioner,<br><br>  v.<br><br>**DERRYAL G. ADAMS, Warden,**<br><br>  Respondent. | C 08-2421 PJH (PR)<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE APPEARING, the time for filing an answer to the petition for writ of habeas corpus is extended to and including September 18, 2008.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court within thirty days of his receipt of the answer.

Dated: 9/2/08

_____
The Honorable Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

[Proposed] Order - *Quezada v. Adams* - Case No. C 08-2421 PJH (PR)

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS QUEZADA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DERRYAL G. ADAMS et al,<br><br>　　　　Defendant.　　　　　　／ | Case Number: CV08-02421 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan Carlos Quezada V-54555
CSP
4B-3L-14L
P.O. Box 3481
Corcoran, CA 93212

Dated: September 2, 2008

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: Nichole Heuerman, Deputy Clerk